No. 84–598.  BURLINGTON NORTHERN RAILROAD CO., SUCCESSOR IN INTEREST BY MERGER TO ST. LOUIS-SAN FRANCISCO RAILWAY CO. v. FRAVEL.   Ct. App. Mo., Eastern Dist.   Certiorari denied. ▮

No. 84–616.  MULROY, DBA MULROY DAIRY FARMS v. BLOCK, SECRETARY OF AGRICULTURE.   C. A. 2d Cir.   Certiorari denied.

No. 84–652.  CHAS. S. TANNER CO. ET AL. v. AIR PRODUCTS & CHEMICALS, INC.   C. A. Fed. Cir.   Certiorari denied.

No. 84–715.  ALABAMA ET AL. v. PRUITT.   C. A. 11th Cir. Certiorari before judgment denied.

No. 84–719.  WAYNE ET UX. v. TENNESSEE VALLEY AUTHORITY ET AL.   C. A. 5th Cir.   Certiorari denied. ▮

No. 84–747.  LLOYD ET UX. v. PROFESSIONAL REALTY SERVICES, INC., ET AL.   C. A. 11th Cir.   Certiorari denied.

No. 84–749.  MOORE v. UNITED STATES.   C. A. 6th Cir. Certiorari denied. ▮

No. 84–760.  ROSE HALL LTD. v. CHASE MANHATTAN OVERSEAS BANKING CORP.   C. A. 3d Cir.   Certiorari denied.

No. 84–772.  GANNETT CO., INC., ET AL. v. DEROBURT. C. A. 9th Cir.   Certiorari denied. ▮

No. 84–777.  ARLINGTON COUNTY ET AL. v. BISCOE ET UX. C. A. D. C. Cir.   Certiorari denied. ▮

No. 84–779.  LORETTE v. UNITED STATES.   C. A. Fed. Cir. Certiorari denied. ▮

No. 84–788.  LANDERS v. STATE FARM MUTUAL AUTOMOBILE INSURANCE CO. ET AL.   C. A. 8th Cir.   Certiorari denied. ▮